# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN KEATLEY,<br><br>    Plaintiff,<br><br>v.<br><br>THE ESCAPE GAME, LLC,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>CINCO DESIGN OFFICE, INC,<br><br>    Third-Party Defendant. | No. 3:21-cv-00230<br><br>JUDGE ALETA A. TRAUGER<br>MAGISTRATE JUDGE HOLMES<br><br>JURY DEMANDED |

## THIRD OFFER OF JUDGMENT

TO:    Plaintiff JOHN KEATLEY and his counsel of record ("Plaintiff")

        Evan A. Andersen
        EVAN ANDERSEN LAW, LLC
        3495 Buckhead Loop NE #260147
        Atlanta, Georgia 30326
        404-496-6606
        evan@pixeliplaw.com

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant/Third-Party Plaintiff, The Escape Game, LLC ("Defendant"), hereby offers to allow judgment be entered against it in the amount of $24,000.00, (a) excluding Plaintiff's costs and reasonable attorney's fees, and (b) including a permanent injunction against Defendant, its officers, agents, servants, employees and attorneys, and all other persons who are in active concert or participation with any of them, from using in any manner any of the "Works" (defined below) without Plaintiff's express

written consent. The "Works" comprise the below images entitled "Precocious," "Elf," and "Naturalist" and are subject to Copyright Registration Nos. V/A 2-036-564 and VA 2-097-287.

**"PRECOCIOUS"**



**"ELF"**  **"NATURALIST"**

 

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68. This offer shall not to be construed as either an admission that Defendant or any other person is liable in this action, or that Plaintiff has suffered any damage. This offer of judgment is intended to fully and finally resolve all of Plaintiff's claims brought, or which could have been brought, in this action as of the date of the judgment, including without limitation any and all claims for compensatory damages, statutory damages, and/or equitable relief against Defendant and Third-Party Defendant, Cinco Design Office, Inc. If this offer is accepted by Plaintiff, the total amount for which Defendant will be liable to Plaintiff will be $24,000.00, exclusive of any subsequent award for costs and/or reasonable attorney's fees, which Defendant reserves the right to oppose. This offer of judgment shall not be filed with the Court unless: (a)

2

accepted; and/or (b) filed in a post-judgment proceeding to determine the prevailing party or reasonableness of the offer or a requested award of costs and/or attorneys' fees.

This offer of judgment will remain open and irrevocable for the period of time following service as set forth in Federal Rule of Civil Procedure 68. If the offer is not accepted within that time and in the manner required by Federal Rule of Civil Procedure 68, the offer shall be deemed withdrawn in accordance with Federal Rule of Civil Procedure 68.

Dated: September 23, 2021.

Respectfully Submitted,

POLSINELLI PC

By: /s/ *Joshua D. Arters*
Joshua D. Arters
401 Commerce Street, Suite 900
Nashville, Tennessee 37219
615-259-2511
jarters@polsinelli.com

Todd M. Malynn (*Pro Hac Vice*)
2049 Century Park East, Suite 2900
Los Angeles California 90067
310-229-1311
tmalynn@polsinelli.com

*Counsel for Defendant/Third-Party Plaintiff, The Escape Game, LLC*

**CERTIFICATE OF SERVICE**

   I certify that a true and exact copy of the foregoing document has been sent via Email pursuant to Fed. R. Civ. P. 5(b)(2)(E) to the following on this the 23rd day of September, 2021:

Evan A. Anderson
EVAN ANDERSEN LAW, LLC
3495 Buckhead Loop NE #260147
Atlanta, Georgia 30326
404-496-6606
evan@pixeliplaw.com

Joel B. Rothman
SRIPLAW
21301 Powerline Road, Suite 100
Boca Raton, Florida 33433
561-404-4350
joel.rothman@sriplaw.com

*Counsel for Plaintiff,*
*John Keatley*

                 /s/ *Joshua D. Arters*